IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | Criminal No. 4:08-cr-92 |
| | : | Civil No. 4:11-cv-1272 |
| v. | : | |
| | : | Hon. John E. Jones III |
| SARA MARIE SMITH, | : | |

## ORDER

### April 19, 2012

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1.   Defendant's Motion to Vacate, Set Aside, or Correct Sentence by a

     Person in Federal Custody pursuant to 28 U.S.C. § 2255  (Doc. 86) is

     **DENIED**.

2.   A certificate of appealability shall not issue.

3.   The Clerk of Court shall **CLOSE** the civil case number associated

     with the instant Motion, 4:11-cv-1272.


                                        s/ John E. Jones III
                                        John E. Jones III
                                        United States District Judge